**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSUE DURAN,<br><br>        Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | Case No. 1:22-cv-01605-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 11, 14, 16) |

    Plaintiff Josue Duran ("Plaintiff") initiated this civil action on December 15, 2022. (Doc. 1.) Plaintiff filed a motion to amend the complaint on April 12, 2023. (Doc. 11.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On May 19, 2023, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's motion to amend be granted. (Doc. 16.) The parties were granted fourteen days in which to file objections to the findings and recommendations. The deadline to file objections has expired and no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the filed objections, the Court concludes that the

findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the magistrate judge on May 19, 2023 (Doc. 16), are **ADOPTED IN FULL**.
2. Plaintiff's motion to amend (Doc. 11) is **GRANTED**.
3. Plaintiff shall file his first amended complaint within thirty (30) days of electronic filing of this order.
4. Defendant's responsive pleading shall be filed within thirty (30) days of the filing of the first amended complaint.

IT IS SO ORDERED.

Dated:   **June 9, 2023**

UNITED STATES DISTRICT JUDGE

2